Pro Se 14 (INND Rev. 2/20)

-FILED-

MAR 0 9 2023

At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Steven John Hecke,
[You are the PLAINTIFF, print your full name on this line.]

v.

Commissioner of Indiana Police Department,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:23CV103
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Commissioner of Indiana Police Department | Indiana Government Center North; 100 N Senate Ave, Suite N340; Indianapolis, IN 46204 |
| 2 | [Put the names of any other defendants in these boxes.] Sgt. Jeremy Brice; Indiana State Police #8862 | Indiana Government Center North; 100 N Senate Ave, Suite N340; Indianapolis, IN 46204 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? Two (2)

2. What is the name and address of your prison or jail? Correctional Center of Northwest Ohio; Stryker, Ohio 43557

3. Did the event you are suing about happen there? ◯ Yes. ● No, it happened at: I assume at the Indiana State Police Computer and Digital Examination Report Lab.

4. On what date did this event occur? I discovered the injury on June 16, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

Count I (One) - Warrantless Search of Plaintiff's Apple iphone A1687 (6S Plus) Smartphone - Defendant Sgt. Jeremy Brice #8862 of the Indiana State Police - Violation of Plaintiff's Fourth Amendment Rights of U.S. Constitution

(1) Plaintiff herein adopts the facts contained in Plaintiff's Indiana Notice of Tort Claim, including but not limited to, statements relative to times and dates, and exhibits attached to Plaintiff's Indiana Tort Claim Notice. (Herein Attached)

(2) It is Plaintiff's contention that relative facts and exhibits set forth a blatant Fourth Amendment violation.

(3) Sgt. Jeremy Brice #8862 of the Indiana State Police was aware of his duty to procure a warrant for electronic data due to his training under Ind. Code 5-2-1-9 and 10-11-2-14 and specific police power

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

enumerated under Ind. Code 5-2-1-17 & 10-11-2-21. Riley v. California, 134 S.Ct. 2473, 2485, 189 L. Ed. 2d 430 (2014); Carter v. State, 105 N.E.3d 1121 (Ind. Ct. App. 2018). At minimum, Sgt Jeremy Brice #8862 of the Indiana State Police Department was reckless in his conduct based on his traing and experience and status as Sergeant of the Network Intrusion and Exploitation Division.

Count II (Two) - Invasion of Privacy By Intrusion under Indiana Tort Claims Act (ITCA) - Commissioner of Indiana State Police Department - Supplemental Jurisdiction Pursuant To Title 28 U.S.C. § 1367

(4) Plaintiff herein adopts paragraphs One (1) thr Three (3), the factual predicates delineated in Plaintiff's Indiana Tort Claim Notice (Attached), and the specific under-lining theory proffered in Attachment # One (1) of Page One (1); Paragraph Two (2) and Attachment # One (1) Page Two (2); Paragraph One (1) of Plaintiff's Indiana Tort Claim Notice.
(5) The Commisioner of the Indiana State Police Department is herein liable for tortious conduct of Sgt. Jeremy Brice of the Indiana State Police #8862, to wit, based on the listed...
(Continue Claims & Facts)
Pg 5

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)  page 4

5. When did this event happen?
   - ◯ Before I was confined.
   - ● While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ● No, this event is not grievable at this prison or jail.
   - ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Award reasonable compensatory damages
   Award punative damages of one (1)
   million dollars

[Initial Each Statement]

SJH I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
SJH I will keep a copy of this complaint for my records.
SJH I will promptly notify the court of any change of address.
SJH I WILL NOT send more than one copy of any filing to the court.
SJH I WILL NOT send summons, USM-285, or waiver forms to the clerk.
SJH I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 03 / 06 /20 23 at 4:00 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____  202201344
Signature                 Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Complaint

Claims and Facts (Continued)                                    Pg 5

... factual predicate contained in Plaintiff's Indiana Tort Claim Notice (Attached), the Commisioner of the Indiana State Police Department is liable for the tort of invasion of privacy by intrusion under the Indiana Tort Claim Act.

Count III (Three) - Statutory Liability under Indiana Code 35-33-5-7(e) - Commissioner of the Indiana State Police Department & Sgt. Jeremy Brice #8862 - Supplemental Jurisdiction Pursuant To Title 28 U.S.C. § 1367

(6) Plaintiff herein adopts paragraphs one (1) thru five (5), the factual predicates delineated in Plaintiff's Indiana Tort Claim Notice. (Attached).

(7) The Commissioner of the Indiana State Police Department; Sgt Jeremy Brice #8862 are jointly and individually liable under Ind. Code. 35-33-5-7(e) for Sgt Brice's, #8862, illegal entry of Plaintiff's Apple iphone A1687 (6s Plus) smartphone as defined by statute, I.C. 35-33-5-7(e) and the underlining factual basis

Contained in Plaintiff's Indiana Tort claim Notice. (Attached)



OFFICE OF THE ATTORNEY GENERAL  
STATE OF INDIANA

302 W. WASHINGTON ST. 5TH FLOOR  
INDIANAPOLIS, IN 46204-2770

# TODD ROKITA
## ATTORNEY GENERAL

Steven J. Hecke #202201344  
Corrections Center of NW Ohio  
3151 County Road 2425  
Stryker, Ohio 43557

February 21st, 2023

RE:   Our File Number:   2022-0635227  
      Date of Incident:   June 16th, 2022

Greetings:

    Please be advised we have reviewed the Tort Claim you submitted to this office. The results of our investigation have been analyzed, and it is our position that a settlement is not warranted and therefore this claim is denied.

    If you have any questions, please contact the undersigned.

                                       Sincerely,

                                       Special Investigations Division

TELEPHONE: 866.462.5246  
www.in.gov/attorneygeneral/



# NOTICE OF TORT CLAIM FOR PROPERTY DAMAGE AND/OR PERSONAL INJURY
State Form 54668 (R / 7-17)
Special Investigations Division

**OFFICE OF ATTORNEY GENERAL**
ATTN: Tort Claim Investigations
Government Center South, 5th floor
302 W. Washington Street
Indianapolis, IN 46204
Telephone: (317) 232-6350

**INSTRUCTIONS:** Anyone who has a claim for personal injury or property damage against the State of Indiana must either use this form to file a claim or make the claim in writing as prescribed in IC 34-13-3. Immunities are listed on the back of this form.
1. *If applicable*, include copies of accident/incident report, vehicle registration, paid receipts for repair or two (2) estimates for repair, medical reports, photographs and any additional documentation in reference to this matter.
2. Each person who had a loss should file a separate form.
3. Sign and date this form.
4. State statute requires the claim be delivered in person or be sent via *Certified* or *Registered* mail to the address in the upper right corner above.
5. Do not delay making your claim. Indiana law gives you two-hundred seventy (270) days after the loss to make a claim and it must comply with **IC 34-13-3**.
6. Keep a copy of your claim form, receipts, bills and certified/registered mail receipt.
7. If your claim is properly filed, the Office of the Attorney General will investigate it and will notify you in writing within ninety (90) days of receipt if your claim is approved. A claim is denied if not approved within ninety (90) days.
8. The filing of this claim is part of a legal process. If you have any questions about the right way to file a claim, please contact an attorney of your choice. The state's attorneys are not authorized by law to assist you with filing this claim. For your information a list of actions, or conditions, resulting in non-liability pursuant to IC 34-13-3 are shown on the back of this form.
Please be advised that this form is not intended for use for claims against political subdivisions, which have some different requirements, including only one hundred eighty (180) days after the loss to make a claim.

## CLAIMANT INFORMATION

Name: Steven John Hecke
Home Telephone: 260-422-2775
Work Telephone: N/A
Cellular Telephone: 260-504-0756
Address at Time of Loss: 03151 County Road 24.25, Stryker, Ohio 43557
E-mail Address:
Driver License Number: 0500-41-8175
Issuing State: Indiana
Current Address (if different from above):
Vehicle License Plate Number (if involved):
Issuing State:

## LOSS INFORMATION

Date of Loss: 6/16/22
Time of Loss: 4:00 PM
Dollar Amount of Loss: $700,000.00
State Agency Involved: Indiana State Police
State Vehicle Commission (if known):
Exact Location of Loss: Indiana State Police Computer and Digital Examination Report Lab
Loss County: Marion ?

Names / Addresses of All Persons Involved: Sgt. Jeremy Brice #8862; Indiana Government Center North; 100 N. Senate Ave, Suite N340; Indianapolis, IN 46204

Alleged Negligence: Extracted Data from iPhone without warrant; violated I.C. 35-33-5-11 & 35-33-5-7(e); Invasion of privacy by intrusion

Explanation of what happened: On June 16, 2022 @ approximately 4:00 P.M, Claimant received legal mail while being confined at the Correctional Center of Northwest Ohio; 03151 County Road 24.25; Stryker, Ohio 43557. Claimant received nearly 400 plus pages of additional evidence relating to trial in cause No: 1:20-cr-7; U.S v. Steven Hecke.
(See attached)

**Please read:** I swear and affirm under the penalties of perjury that the foregoing information is true and correct to the best of my knowledge and belief.

Claimant's Signature: Steven J. Hecke
Date: 12-12-22

Attachment #1                                                                 Pg 1

Explanation of what happened... Continued

During claimant's review of said discovery, claimant observed Government Exhibit 232, (Herein Attached). At that time, on June 16, 2022, claimant discovered that Claimant's Apple iPhone A1687 (6s Plus) Smartphone had been breached by Sgt Jeremy Brice # 8862 of the Indiana State Police Department without warrant as required by I.C. 35-33-5-11. Sgt. Jeremy Brice #8862 "Wrongfully Entered" Claimant's iPhone by using Intrusive software and removing Claimant's sim card, thus reviewing data of an intimate and private nature, including but not limited to pictures and text that were intended to be private.
   The Indiana State Police Department is herein liable for tortious conduct of Sgt. Jeremy Brice #8826 through the ITCA. Sgt Jeremy Brice #8826 owed Claimant a private duty to not intrude on Claimant's privacy without authorization or consent. Sgt. Jeremy Brice #8826 breached his duty not to intrude on claimant's privacy by

Attachment #1                                                                 Pg 2

Explanation of what happened.... Continued

unlawful entering Claimant's iPhone 6s plus without warrant or probable cause. Sgt. Jeremy Brice's conduct was offensive or objectable by any reasonable person. Watter v. Dinn, 633 N.E.2d 280, 290 (Ind Ct. App. 1994). Claimant was damaged in respect to having claimant's privacy intruded; therefore, Claimant's dossier shared amongst Sgt Jeremy Brice #8862 and others, thus causing claimant mental anguish and suffering.

Claimant also places the state on notice of claimant's desire to seek damages under I.C. 35-33-5-7(e). Claimant will seek to hold the Indiana State Police Department and Sgt Jeremy Brice jointly and individually liable for Sgt Jeremy Brice's #8826 tortious conduct as outlined above.

Herein Claimant respectful request the office of Attorney General to investigate Claimant's claim.

Respectful Submitted
Stm g Hicks



# FORENSIC EXAMINATION REPORT

## CASE NUMBER 20-02-30 - iPhone 6S Plus

Examiner　Sgt. J. Brice
Case generated　Thursday, July 9, 2020
Report generated　Thursday, July 9, 2020

*Jeremy Brice 8862*

GOVERNMENT EXHIBIT 232

Case overview

# CASE OVERVIEW

## CASE SUMMARY NOTES

Case Name: 20-02-29 - iPhone 6S Plus

## CASE PROCESSING DETAILS

SCAN 1

| | |
|---|---|
| Scanned by | Sgt. J. Brice / Network Intrusion and Exploitation Investigator |
| Scan date | Thursday, July 9, 2020 9:14:42 AM |
| Scan description | Apple iPhone 6S Plus - Full Filesystem acquisition from Greykey |

Evidence overview

# EVIDENCE OVERVIEW

| | |
|---|---|
| Evidence items | 2 |
| Combined results | 115,760 |

## IPHONE 6S+ KEYCHAIN (396)

| | |
|---|---|
| Evidence number | iPhone 6S+ Keychain |
| Location | PhysicalDrive2 |
| Platform | Mobile |

## IPHONE 6S+ FULL FS (115,364)

| | |
|---|---|
| Evidence number | iPhone 6S+ Full FS |
| Location | a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip |
| Platform | Mobile |



187

iOS iMessage/SMS/MMS

| | |
|---|---|
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_17_2020 5_26_38 PM.html#message9512 |

**Record 514**

| | |
|---|---|
| Tags | iOS SMS/MMS |
| Sender | 266781 |
| Recipient(s) | Local User <iPhone 6S+ Full FS> |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 12/18/2019 5:16:03 PM |
| Message | BSTFreeMSG: Too good to miss! Get a FREE PHONE when you add a line & they switch! Plus save $20/mo http://msg4u.us/Q6Virhk Reply END to stop |
| Type | SMS |
| Status | Received and Read |
| Message Read Date/Time - UTC+00:00 (M/d/yyyy) | 12/19/2019 11:41:02 AM |
| ChatId | 266781 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |
| Location | • Table: message(ROWID: 527)<br>• Table: handle(ROWID: 3)<br>• Table: chat_message_join(rowid: 517)<br>• Table: chat(ROWID: 3) |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Parsing |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_17_2020 5_26_38 PM.html#message9513 |

**Record 515**

| | |
|---|---|
| Tags | iOS SMS/MMS |
| Sender | Local User <iPhone 6S+ Full FS> |
| Recipient(s) | +14198608904 |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 7:08:50 PM |
| Message | Hello<br>We are friends of Stevens<br>You really pissed him off<br>I suggest to you whatever he wants you give it to him<br>We are here to assist him in anyway possible<br>We have already been by your house on Weisser park<br>We are now going to look at your fathers house<br>We are here by orders of our mutual friends in Mexico<br>We have been around Steven for years<br>You have no idea what he is capable of<br>He is a fucking psycho path<br>Complete the deal |
| Type | iMessage |
| Status | Sent and Read |
| Message Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 7:08:53 PM |
| Message Read Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 7:17:50 PM |
| ChatId | +14198608904 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |
| Location | • Table: message(ROWID: 528)<br>• Table: handle(ROWID: 24)<br>• Table: chat_message_join(rowid: 518)<br>• Table: chat(ROWID: 24) |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Parsing |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_1_2020 8_20_14 PM.html#message9514 |

**Record 516**

| | |
|---|---|
| Tags | iOS SMS/MMS |

iOS iMessage/SMS/MMS

| | |
|---|---|
| Sender | Local User <iPhone 6S+ Full FS> |
| Recipient(s) | +14198608904 |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 7:10:37 PM |
| Message | He said 1159pm |
| Type | iMessage |
| Status | Sent and Read |
| Message Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 7:10:38 PM |
| Message Read Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 7:17:50 PM |
| ChatId | +14198608904 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |
| Location | • Table: message(ROWID: 529)<br>• Table: handle(ROWID: 24)<br>• Table: chat_message_join(rowid: 519)<br>• Table: chat(ROWID: 24) |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Parsing |
| Chat thread preview | .\\Chat preview report\iOS iMessage_SMS_MMS-1_1_2020 8_20_14 PM.html#message9515 |

Record 517

| | |
|---|---|
| Tags | iOS SMS/MMS |
| Sender | Local User <iPhone 6S+ Full FS> |
| Recipient(s) | +14198608904 |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 7:10:47 PM |
| Message | Do it |
| Type | iMessage |
| Status | Sent and Read |
| Message Delivered Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 7:10:48 PM |
| Message Read Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 7:17:50 PM |
| ChatId | +14198608904 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |
| Location | • Table: message(ROWID: 530)<br>• Table: handle(ROWID: 24)<br>• Table: chat_message_join(rowid: 520)<br>• Table: chat(ROWID: 24) |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Parsing |
| Chat thread preview | .\\Chat preview report\iOS iMessage_SMS_MMS-1_1_2020 8_20_14 PM.html#message9516 |

Record 518

| | |
|---|---|
| Tags | iOS SMS/MMS |
| Sender | +14198608904 |
| Recipient(s) | Local User <iPhone 6S+ Full FS> |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 7:18:08 PM |
| Message | Threaten me again watch what happeS |
| Type | iMessage |
| Status | Received and Read |
| Message Read Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 8:19:09 PM |
| ChatId | +14198608904 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |

iOS iMessage/SMS/MMS

| | |
|---|---|
| Location | • Table: message(ROWID: 531)<br>• Table: handle(ROWID: 24)<br>• Table: chat_message_join(rowid: 521)<br>• Table: chat(ROWID: 24) |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Parsing |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_1_2020 8_20_14 PM.html#message9517 |

### Record 519

| | |
|---|---|
| Tags | iOS SMS/MMS |
| Sender | Local User <iPhone 6S+ Full FS> |
| Recipient(s) | +14198608904 |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 8:19:31 PM |
| Message | Great |
| Type | iMessage |
| Status | Sent |
| _ChatId | +14198608904 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |
| Location | • Table: message(ROWID: 532)<br>• Table: handle(ROWID: 24)<br>• Table: chat_message_join(rowid: 522)<br>• Table: chat(ROWID: 24) |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Parsing |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_1_2020 8_20_14 PM.html#message9518 |

### Record 520

| | |
|---|---|
| Tags | iOS SMS/MMS |
| Sender | Local User <iPhone 6S+ Full FS> |
| Recipient(s) | +14198608904 |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 8:19:41 PM |
| Message | We are here and ready |
| Type | iMessage |
| Status | Sent |
| _ChatId | +14198608904 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |
| Location | • Table: message(ROWID: 533)<br>• Table: handle(ROWID: 24)<br>• Table: chat_message_join(rowid: 523)<br>• Table: chat(ROWID: 24) |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Parsing |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_1_2020 8_20_14 PM.html#message9519 |

### Record 521

| | |
|---|---|
| Tags | iOS SMS/MMS |
| Sender | Local User <iPhone 6S+ Full FS> |
| Recipient(s) | +14198608904 |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 8:19:57 PM |
| Message | You do not know us |
| Type | iMessage |
| Status | Sent |
| _ChatId | +14198608904 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |

iOS iMessage/SMS/MMS

| | |
|---|---|
| Location | • Table: message(ROWID: 534)<br>• Table: handle(ROWID: 24)<br>• Table: chat_message_join(rowid: 524)<br>• Table: chat(ROWID: 24) |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Parsing |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_1_2020 8_20_14 PM.html#message9520 |

### Record 522

| | |
|---|---|
| Tags | iOS SMS/MMS |
| Sender | Local User <iPhone 6S+ Full FS> |
| Recipient(s) | +14198608904 |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 1/1/2020 8:20:14 PM |
| Message | But we know you |
| Type | iMessage |
| Status | Sent |
| _ChatId | +14198608904 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |
| Location | • Table: message(ROWID: 535)<br>• Table: handle(ROWID: 24)<br>• Table: chat_message_join(rowid: 525)<br>• Table: chat(ROWID: 24) |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Parsing |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_1_2020 8_20_14 PM.html#message9521 |

### Record 523

| | |
|---|---|
| Tags | iOS SMS/MMS |
| Sender | 9329 |
| Recipient(s) | Local User <iPhone 6S+ Full FS> |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 1/4/2020 2:05:41 PM |
| Message | BSTFreeMsg: Heads up: Your monthly payment date is tomorrow. If you would like to continue service, log in http://boost.co/MyAccount & make a payment of $50.00. |
| Type | SMS |
| Status | Received |
| _ChatId | 9329 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |
| Location | • Table: message(ROWID: 536)<br>• Table: handle(ROWID: 1)<br>• Table: chat_message_join(rowid: 526)<br>• Table: chat(ROWID: 1) |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Parsing |
| Chat thread preview | .\.\Chat preview report\iOS iMessage_SMS_MMS-1_6_2020 2_14_23 PM.html#message9522 |

### Record 524

| | |
|---|---|
| Tags | iOS SMS/MMS |
| Sender | 9329 |
| Recipient(s) | Local User <iPhone 6S+ Full FS> |
| Message Sent Date/Time - UTC+00:00 (M/d/yyyy) | 1/6/2020 2:14:23 PM |
| Message | BSTFreeMsg: Payment Confirmation-Thank you for your monthly payment. Your service is good for the plan month. We hope you're enjoying your service! |
| Type | SMS |
| Status | Received |
| _ChatId | 9329 |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Library\SMS\sms.db |

Pictures

Record 1

| | |
|---|---|
| Tags | Possible weapons |
| Image | [AP PHOTO - three rifles] |
| File Name | :P:1:AZ0eAoAITBHpO8-o_VrKNr2UqPvv.imgfile |
| Created Date/Time – UTC+00:00 (M/d/yyyy) | 11/12/2019 8:51:07 PM |
| Last Accessed Date/Time – UTC+00:00 (M/d/yyyy) | 11/12/2019 8:51:07 PM |
| Last Modified Date/Time – UTC+00:00 (M/d/yyyy) | 11/12/2019 8:51:07 PM |
| Size (Bytes) | 81225 |
| Skin Tone Percentage | 65.7 |
| Original Width | 750 |
| Original Height | 422 |
| Exif Extraction Status | Complete |
| MD5 Hash | abe7e54a84ffd4251968120342ff433f |
| SHA1 Hash | 97b54ae81c90bd1906dfca58fac7ff7f2c7d7f10 |
| PhotoDNA Hash | hxcWY0ZMKMRcQhyCDEERvwYqC6MHHAZROhF8l00alzFVUo44CkqeLBQhhhoHGToSfSZBiVpDVqhGPy2lCEJKyAYyRbYEMS5kDRQeNYIkT0Aka3luBR5RNA8TQxkJBhwMbRemFVsfrzsjPIgsCyTJbQ5cjmMPGWdNYTUNoXBGLZIlZga2BDoEsAQdAXEHBQA0 |
| _rawData | [Binary data] |
| Source | • a13f16f0d95c61511c5bb47b0aaf4fb99c1ae7c5_files_full.zip\private\var\mobile\Containers\Data\Application\AADB0696-23AE-4E3E-9D86-294AE065FDE0\Library\Caches\shared-assets-assetstore\:P:1:AZ0eAoAITBHpO8-o_VrKNr2UqPvv.imgfile |
| Location | • File Offset 0 |
| Evidence number | • iPhone 6S+ Full FS |
| Recovery Method | • Carving |

## IOS IMESSAGE/SMS/MMS

**CHAT PARTICIPANTS**

| | |
|---|---|
| Number of participants | 2 |
| Display names | +14198608904 |
| | Local User |
| Local user | Local User |

**CONVERSATION DETAILS**

| | |
|---|---|
| Number of messages | 8 |
| First message sent date/time | 1/1/2020 7:08:50 PM |
| Last message sent date/time | 1/1/2020 8:20:14 PM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**Local User <iPhone 6S+ Full FS>** — 1/1/2020 7:08:50 PM

Hello
We are friends of Stevens
You really pissed him off
I suggest to you whatever he wants you give it to him
We are here to assist him in anyway possible
We have already been by your house on Weisser park
We are now going to look at your fathers house
We are here by orders of our mutual friends in Mexico
We have been around Steven for years
You have no idea what he is capable of
He is a fucking psycho path
Complete the deal

**Local User <iPhone 6S+ Full FS>** — 1/1/2020 7:10:37 PM

He said 1159pm

**Local User <iPhone 6S+ Full FS>**     1/1/2020 7:10:47 PM
Do it

**+14198608904**     1/1/2020 7:18:08 PM
Threaten me again watch what happe
s

**Local User <iPhone 6S+ Full FS>**     1/1/2020 8:19:31 PM
Great

**Local User <iPhone 6S+ Full FS>**     1/1/2020 8:19:41 PM
We are here and ready

**Local User <iPhone 6S+ Full FS>**     1/1/2020 8:19:57 PM
You do not know us

**Local User <iPhone 6S+ Full FS>**     1/1/2020 8:20:14 PM
But we know you